JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OAKLEY, INC.,<br><br>            Plaintiff,<br><br>  v.<br><br>NIKE, INC.; and RORY McILROY,<br><br>            Defendants. | CASE NO. SACV12-02138 JVS (ANx)<br><br>**JUDGMENT GRANTING DEFENDANT NIKE, INC.'S MOTION FOR SUMMARY JUDGMENT AND FOR JUDGMENT ON THE PLEADINGS AGAINST PLAINTIFF OAKLEY, INC. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 56 AND 12(C)**<br><br>**Hearing:**<br>Date:    December 16, 2013<br>Time:   1:30 p.m.<br>Place:  Dept. 10-C<br>Judge:  Hon. James V. Selna |

After considering the papers submitted by Defendant Nike, Inc. ("Nike"):

Defendant Nike's Motion for Summary Judgment and for Judgment on the Pleadings was GRANTED. (Doc. 180) There were no triable issues of material fact as to the causes of action asserted in Plaintiff Oakley, Inc.'s ("Oakley") First Amended Complaint against Nike. Oakley failed to demonstrate any facts supporting its cause of action for intentional interference with contractual relations. Oakley could not maintain its claim for relief for unfair competition under California Business and

Professions Code Section 17200.  Oakley's claim for declaratory relief failed as a matter of law because the claim attempts to remedy past wrongdoing and is duplicative of Oakley's other two claims.

Accordingly, judgment is hereby entered in favor of Defendant Nike and against Plaintiff Oakley on all causes of action in Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  December 30, 2013

_____
Honorable James V. Selna
United States District Judge

Respectfully submitted by:

JEFFREY T. THOMAS
JEFFREY H. REEVES
JOSEPH A. GORMAN
SEAN S. TWOMEY
GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Jeffrey T. Thomas
            Jeffrey T. Thomas

Attorneys for Defendant NIKE, INC.

JUDGMENT RE MSJ.DOCX